**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FREDDIE JONES, ) | Case No. 2:13-cv-00268-JCM-NJK |
| ) Plaintiff, ) | **ORDER** |
| vs. ) | (IFP App - Dkt. #1) |
| CAROLYN W. COLVIN, ) ) | |
| Defendant. ) | |

This matter is before the court on Plaintiff Freddie Jones' Application to Proceed *In Forma Pauperis* (Dkt. #1) filed February 19, 2013. Plaintiff has requested authority, pursuant to 28 U.S.C. § 1915, to proceed *in forma pauperis,* and submitted a Complaint. This proceeding was referred to this court by Local Rule IB 1-9.

Plaintiff has submitted an incomplete Application to Proceed *In Forma Pauperis*. Plaintiff has not responded fully to question 3 and has provided seemingly inconsistent answers in the Application. In question 3, which asks about income, Plaintiff states that he receives food stamps in the amount of $200 per month and also that he lives with his daughter, who supports him with an additional $375 per month. Plaintiff does not, however, state the amount that he expects to receive in the future from either source, as required by the question. Additionally, question 6 asks about regular monthly expenses. Plaintiff states that he pays $375 per month (the exact same amount as what he receives) for housing and utilities - which he states generically but fails to break down into what is paid specifically. Further, since housing is provided by Plaintiff's daughter, Plaintiff's answer to question 6 appears to conflict with Plaintiff's answer to question 3. As a result, the court cannot determine whether Plaintiff qualifies to proceed *in forma pauperis*, and his Application will be denied without prejudice. The Clerk of Court shall retain the Complaint.

Accordingly,

**IT IS ORDERED**:

1. Plaintiff's Application to Proceed *In Forma Pauperis* (Dkt. #1) is DENIED WITHOUT PREJUDICE. The Clerk of Court shall mail Plaintiff a blank application, and Plaintiff shall have until **August 21, 2013,** in which to submit the completed application or pay the $350.00 filing fee. Failure to comply with this order will result in a recommendation to the district judge for dismissal.

2. The Clerk of Court shall retain Plaintiff's Complaint.

Dated this 22nd day of July, 2013.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE